UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| Harvey Short, et al., | Case No. 3:08-cv-00355-JTM-CAN |
| Plaintiff, | |
| v. | |
| GC Services, Limited Partnership, | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Now come Plaintiffs, by and through counsel, and hereby give notice that the parties in the above-captioned matter reached a settlement. Plaintiffs anticipate filing a Notice of Dismissal with Prejudice in 60 days.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Richard J. Meier*
Richard J. Meier, Esq.
233 South Wacker Drive, Suite 5150
Chicago, IL 60606
Tel: 1.866.339.1156
Fax: 1.312.822.1064
rjm@legalhelpers.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*