**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| Harvey Short, et al., | Case No. 3:08-cv-00355-JTM-CAN |
| Plaintiff, | |
| v. | |
| GC Services, Limited Partnership, | **STIPULATION OF DISMISSAL** **WITH PREJUDICE** |
| Defendant. | |

Now comes the parties, by and through counsel, pursuant to Federal Rule of Civil

Procedure 41(a) and hereby dismiss the present action with prejudice.  Each party shall bear its

own costs and attorney fees.

Respectfully submitted,


Macey & Aleman, P.C.                          Hinshaw & Culbertson LLP

By: */s/ Richard J. Meier*                      By: */s/ Todd P. Stelter*
Richard J. Meier                                 Todd P. Stelter
233 South Wacker Drive, Suite 5150      222 N. LaSalle Street, Suite 300
Chicago, IL 60606                            Chicago, IL 60601
Tel: 1.866.339.1156                           Tel: 1.312.704.3000
Fax: 1.312.822.1064                          Fax: 1.312.704.3001
rjm@legalhelpers.com                       tselter@hinshawlaw.com
*Attorney for Plaintiffs*                        *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 5, 2009, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*